District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before REAVLEY, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Yonic Perez raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

*Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

---

*This case was not selected for publication in the Federal Reporter*

UNITED STATES of America, Plaintiff–Appellee,

v.

Luis Stalin GARCIA–ROSARIO, Defendant–Appellant.

No. 06–50705
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 6, 2006.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Western District Of Texas, San Antonio, TX, for Defendant–Appellant.

Before REAVLEY, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Luis Stalin Garcia–Rosario raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is

*Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

GRANTED, and the judgment of the district court is AFFIRMED.

This case was not selected for publication in the Federal Reporter

James R. CALLAHAN, Plaintiff–Appellant,

v.

Bryan COLLIER; Rissie Owens; Jose Aliseda; Jackie Denoyelles; Linda Garcia; Juanita M. Gonzalez; Charles Aycock; Elvis Hightower, Defendants–Appellees.

No. 06–10285
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 7, 2006.

James R. Callahan, Fort Worth, TX, pro se.

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

James Callahan, proceeding *pro se*, appeals the dismissal without prejudice of his 42 U.S.C. § 1983 complaint as not ripe for review. Although he renews the allegations of his complaint, Callahan does not challenge the district court's conclusion that any relief would be uncertain and speculative at this time.

By failing to brief any argument challenging the reasons for dismissal, Callahan has abandoned the only grounds for appeal. *See Yohey v. Collins*, 985 F.2d 222, 224–25 (5th Cir.1993); *Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir.1987). The appeal is without arguable merit and is therefore dismissed as frivolous. *See* 5TH CIR. R. 42.2; *Howard v. King*, 707 F.2d 215, 219–20 (5th Cir.1983). Callahan is warned that future frivolous filings will invite the imposition of sanctions.

APPEAL DISMISSED; SANCTION WARNING ISSUED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.